**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN EXPRESS FINANCIAL ADVISORS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>NEIL H. GENDREAU, )<br><br>Defendant. ) | **Civil Action No.**<br><br>**04-40221** |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiffs American Express Financial Advisors, Inc. ("American Express") by

and through its undersigned counsel, submit this corporate disclosure statement pursuant

to Local Rule 7.3.

1.      Identification of all parent companies, subsidiaries (except wholly
owned subsidiaries) and affiliates that have issued shares to the public:

American Express Company is the only parent, subsidiary, or affiliate of the two plaintiffs that has any outstanding securities in the hands of the public. American Express Company, in turn, has no parents, subsidiaries, or affiliates that have outstanding stock in the hands of the public.

> Respectfully submitted,
> AMERICAN EXPRESS FINANCIAL
> ADVISORS, INC.
>
> By its attorneys,
>
>
> _____
> Anthony A. Scibelli (BBO #556507)
> C. Alex Hahn (BBO #634133)
> Scibelli and Whiteley, LLP
> Old City Hall
> 45 School Street, 3rd Floor
> Boston, MA 02108
> (617) 227-5725
>
> -and-
>
> Edward B. Magarian (MN No. 49219)
> Todd W. Schnell (MN No. 252256)
> DORSEY & WHITNEY, LLP
> 50 South Sixth Street, Suite 1500
> Minneapolis, Minnesota 55402
> (612) 340-2600

DATED: October 27, 2004