UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN EXPRESS FINANCIAL ADVISORS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEIL H. GENDREAU, )<br>)<br>Defendant. )<br>) | Civil Action No.<br><br>04-40221 |

## MOTION FOR ADMISSION

## OF TODD W. SCHNELL *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), the plaintiff American Express Financial Advisors, Inc., and the undersigned counsel hereby move for the admission *pro hac vice* of Todd W. Schnell of Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota, 55402, to appear in this action on behalf of the plaintiff. In support of this Motion, the Affidavit of Todd W. Schnell is filed concurrently herewith. Further, the plaintiff has retained the undersigned local counsel, Scibelli and Whiteley, LLP, 45 School Street, 3rd Floor, Boston, MA 02108, to concurrently appear in this action and assist as necessary.

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

WHEREFORE, the movants respectfully request that the Court admit Todd W. Schnell as counsel *pro hac vice* in the above-captioned matter.

## LOCAL RULE 7.1 CERTIFICATE

The undersigned counsel was unable to confer with opposing counsel on the subject of this motion as no counsel has yet to enter an appearance for the defendants.

Respectfully submitted,
AMERICAN EXPRESS FINANCIAL ADVISORS, INC.

By its attorneys,

_____
Anthony A. Scibelli (BBO #556507)
C. Alex Hahn (BBO #634133)
Scibelli and Whiteley, LLP
Old City Hall
45 School Street, 3rd Floor
Boston, MA 02108
(617) 227-5725

-and-

Edward B. Magarian (MN No. 49219)
Todd W. Schnell (MN No. 252256)
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

DATED: October 27, 2004