UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT 27 P 3:02

U.S. DISTRICT C...
DISTRICT OF M...

AMERICAN EXPRESS FINANCIAL )
ADVISORS, INC., )
 )
Plaintiff, )
 )  Civil Action No.
v. )
 )
NEIL H. GENDREAU, )
 )
Defendants. )  **04-40221**
 )

## AFFIDAVIT OF TODD W. SCHNELL

I, Todd W. Schnell, do depose on oath and state as follows:

1. I am an attorney with the law firm of Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota, 55402, counsel for plaintiff American Express Financial Advisors, Inc. in the above-captioned action. The plaintiff has retained local counsel, Scibelli and Whiteley, LLP, 45 School Street, 3rd Floor, Boston, MA 02108, concurrently appearing in this action, to assist as necessary.

2. I am currently a member of the Bar of the States of Minnesota (active), Bar Number 252256, and Missouri (inactive), and I am admitted to practice before all federal courts in Minnesota and Missouri, and in the 8th Circuit.

3. I am a member in good standing of all Bars to which I have been admitted.

4. There are no disciplinary proceedings pending against me in any Bar to which I have been admitted.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 26th day of October, 2004.

_____
Todd W. Schnell

Subscribed and sworn to before me
this ___ day of October, 2004.

_____
Notary Public

SUZANNE L. ROBBINS
NOTARY PUBLIC – MINNESOTA
My Comm. Expires Jan. 31, 2005