**Neil H Gendreau**
02/28/2003 02:28 PM

To: pegrickbourgeois@attbi.com
cc:
Subject: Request to submit E-mail message to Barrry Murphy via AEFA Communications

I'm not sure whether the cc: entry sends my message to you as well, so here you go, if you haven't already received:

---------------------- Forwarded by Neil H Gendreau/Field/WH/AEFA on 02/28/2003 02:25 PM -------------------------

 **Neil H Gendreau**
02/28/2003 02:25 PM

To: AEFA Communications@AMEX
cc: pegrickbougeois@attbi.com
Subject: Request to submit E-mail message to Barrry Murphy via AEFA Communications

To AEFA Communications:

Rick and Peg Bourgeois, two exceptional clients of mine, took the opportunity yesterday to engage in a conference call with Chris Johnson, Director of Financial Accounts - Strategy & Delivery, and a valuable member of our technology team.

The Bourgeois had/have concerns about the delivery of the "One Account" system, and the accompanying frustrations that have been experienced with delayed implementation.

Overall, our conversation yesterday resulted in a productive outcome. We have gained some insight as to the reasons behind the delay, methodologies that are being employed to develop the system, and options that have been explored to expediate progress. Speaking for myself, I feel that our conversation with Chris was a sincere gesture on the part of American Express to communicate a reciprocal concern, but not without emphasis for the need to improve communication with end-users and the field. With the pending uncertainties of integrating a complex data system, clients and advisors need to be informed of progress and obstacles that may impact the completion date. That way, we will not feel misled by pitfalls that are bound to happen with such a complex project.

I speak on behalf of the Bourgeois to request how they may communicate constructive comments about their experiences, pro and con, to Barry Murphy, our executive vice-president. We feel it to be important that such concerns are representative of many other clients and advisors, and should be fully understood from the top down. I assume that since your department is the source of disbursement for Barry's communication, perhaps you may recommend what forum may be best for the Bourgeois to communicate their concerns with Barry, whether you may act as a conduit, or if not, whether there is another venue available.

Your response is greatly appreciated. Please reply directly to rickpegbourgeois@attbi.net, and copy to my Lotus Notes address.

Thank you for your assitance.

Regards,
Neil Gendreau, CFP

    iii. After more than one year since the original rollout, AEFA clients still need to call a toll free number to integrate the on-line reporting of their brokerage accounts with other investment products at AEFA.
  vi. **Independent Advisor's Assessment of Administrative Procedures Providing Superior Customer Service, particularly in regard to technology available to Independent Advisor and clients – Due diligence of the Independent Advisor and the documented evidence contained wherein clearly indicate AEFA business systems to be ineffective, inefficient, time consuming, and dysfunctional. Furthermore, any modest improvements to "the System" are encumbered by delinquent and incomplete implementation, contributing little benefit to a poorly functioning system overall. Meanwhile, the Franchise Agreement clearly places the advisor affiliate at a high dependency upon AEFA sanctioned systems, hardware, and software. <u>These observations and experiences of the Independent Advisor clearly depict AEFA's failure to honor the expectations of a higher brand standard as suggested by the Franchise Agreement. These successive and continuing breaches nullify the validity of this agreement as a legal contract, and therefore, there should be no further obligation of the defendant to the plaintiff for claims made in the original complaint submitted by AEFA.</u>**

6. **Threatened Injury to the Defendant far outweighs Threatened Injury to the Plaintiff –**
   a. AEFA asserts that the reciprocal is true.
   b. Financials for American Express (AXP) and AEFA's contribution to the corporation:
      i. AXP, expected revenue for Fiscal '04 - $28 billion
      ii. AXP, expected net income after taxes for Fiscal '04 - $3.4 billion
      iii. AXP, total cash items, yr end December 31st, 2003 - $5.7 billion
      iv. American Express Financial Advisors contributes 17% of AEFA's revenues.
   c. Defendant's year to date income has been accurately depicted by the Plaintiff's complaint.
   d. The Plaintiff's assertion regarding the magnitude of injury to the corporation is out of proportion to common sense and reality. Other than creating a local stir, any legal fees sustained by the plaintiff to defend its alleged claims against the Independent Advisor bear minimal financial impact to the corporation as a whole while the Independent's Advisor inability to conduct business with existing clients and the possibility to sustain two sets of legal expenses pose far greater personal damage and financial burden to the Independent Advisor. (See attached report issued

by Standard & Poors, which depicts condensed financials for AXP, of which AEFA is a subsidiary, representing a 17% contribution to revenues of the parent company.)

# STANDARD & POOR'S

## American Express Company



Recommendation: **HOLD** ★ ★ ★

Stock Report
October 23, 2004
NYSE Symbol: **AXP**

12-Month Target Price: **$56.00**
(as of July 26, 2004)

Sector: **Financials**
Sub-Industry: **Consumer Finance**
Peer Group: **Consumer Finance - Credit Cards**

AXP has an approximate 0.64% weighting in the **S&P 500**
Summary: AXP, a leader in travel-related services, is also active in investment services, expense management services, and international banking.

Price as of 10/22/04: **$51.73**    |    2004E S&P Core EPS: **$2.54**    |    GAAP Earnings vs. Previous Year  ▲ Up  ▼ Down  ▶ No Change

[Stock chart spanning 2001-2004 showing price history with BUY/HOLD annotations:
- HOLD $29.00 10/09/01
- SELL $28.36 09/18/01
- BUY $37.72 01/04/02
- HOLD $40.42 05/12/03
Legend: 10 Week Mov. Avg., 30 Week Mov. Avg., Relative Strength, 12-Mo Target Price, Volume Below Avg./Above Avg.
OPTIONS: ASE, CBOE, P, Ph]

Analyst commentary prepared by **Evan Momios, CFA /MF/JWP**

## Highlights August 19, 2004

- Strong average cardmember spending, growth in cards in force and acquisition benefits allowed the company to exceed its long-term revenue growth target of 8% in the first half of 2004. Expense control, combined with solid credit quality, further boosted the bottom line.
- We believe economic conditions are likely to remain favorable in the 2004 second half, and look for continued corporate and consumer spending to support Travel and Related Services (TRS) revenue growth while increases in marketing expenses should moderate net income growth. In our view, results at AXP's fund unit, American Express Financial Advisors (AEFA), should benefit from what we see as stable market conditions for the rest of the year and the acquisition of Threadneedle Asset Management (completed in the fourth quarter of 2003). We do not expect the

### Quantitative Evaluations

**S&P Earnings & Dividend Rank: A-**

| D | C | B- | B | B+ | A- | A | A+ |

**S&P Fair Value Rank: 3+**

| 1 | 2 | 3 | 4 | 5 |
| Lowest | | | | Highest |

**Fair Value Calc: $52.00** (Fairly Valued)

**S&P Investability Quotient Percentile**

| | 95 | |
| 1 Lowest | | Highest 100 |

AXP scored higher than 95% of all

- announced issuance of American Express cards by MBNA (KRB: $24) to have a meaningful impact on 2004 EPS.
- Overall, we see EPS rising to $2.70 in 2004 and $3.04 in 2005, from $2.31 in 2003. Our 2004 and 2005 Standard & Poor's Core earnings per share estimates are $2.54 and $2.88, respectively, reflecting employee stock option expense.

### Investment Rationale/Risk August 19, 2004

- We would hold existing positions. We believe the current valuation fairly reflects the company's strong brand name and growth prospects.
- Risks to our recommendation and target price include a possible deterioration of consumer confidence that could impact domestic consumer spending, a rise in unemployment that could pressure credit quality, a drop in investor confidence, and a serious geopolitical event that could impact domestic equity markets.
- Our 12-month target price of $56 values the stock at 18.5X our 2005 EPS estimate, which we think is an appropriate valuation multiple based on the company's positive operating outlook and average historical valuation. At recent levels, the shares trade at approximately 18.5X our 2004 EPS estimate, compared to about 17X and 22X 12-month forward EPS on average during the past three years and five years, respectively.

companies for which an S&P Report is available.

**Volatility: Low**

| Low | Average | High |
|---|---|---|

**Technical Evaluation: BULLISH**

Since August, 2004, the technical indicators for AXP have been BULLISH.

**Relative Strength Rank: Moderate**

| 53 |
|---|
| 1 Lowest          Highest 99 |

### Key Stock Statistics

| | | | |
|---|---|---|---|
| S&P Core EPS 2005E | 2.88 | 52-week Range | $55.00-$43.53 |
| S&P Oper. EPS 2004E | 2.70 | 12 Month P/E | 20.4 |
| | | Beta | 1.16 |
| P/E on S&P Oper. EPS 2004E | 19.2 | Shareholders | 47,967 |
| | | Market Cap (B) | $ 65.6 |
| S&P Oper. EPS 2005E | 3.04 | Shares Outstanding (M) | 1267.8 |
| Yield | 0.9% | | |
| Dividend Rate/Share | 0.48 | | |

Value of $10,000 invested five years ago: $ 10,862

### Dividend Data

(Dividend have been paid since 1870)

| Amount ($) | Date Decl. | Ex-Div. Date | Stock of Record | Payment Date |
|---|---|---|---|---|
| 0.100 | Nov. 18 | Dec. 30 | Jan. 02 | Feb. 10 '04 |
| 0.100 | Mar. 22 | Mar. 31 | Apr. 02 | May. 10 '04 |
| 0.100 | May. 25 | Jun. 30 | Jul. 02 | Aug. 10 '04 |
| 0.120 | Sep. 27 | Oct. 06 | Oct. 08 | Nov. 10 '04 |

### Revenues/Earnings Data

Fiscal year ending December 31

**Revenues (Million $)**

| | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|---|
| 1Q | 6,910 | 6,023 | 5,759 | 5,719 | 5,657 | 4,971 |
| 2Q | 7,258 | 6,356 | 5,945 | 5,268 | 5,970 | 5,298 |
| 3Q | -- | 6,419 | 5,907 | 5,724 | 5,981 | 5,311 |
| 4Q | -- | 7,068 | 6,196 | 5,871 | 6,067 | 5,699 |
| Yr. | -- | 25,866 | 23,807 | 22,582 | 23,675 | 21,278 |

**Earnings per Share ($)**

| | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 |
|---|---|---|---|---|---|---|
| 1Q | 0.66 | 0.53 | 0.46 | 0.40 | 0.48 | 0.42 |
| 2Q | 0.68 | 0.59 | 0.51 | 0.13 | 0.54 | 0.47 |
| 3Q | E0.66 | 0.59 | 0.52 | 0.22 | 0.54 | 0.47 |
| 4Q | E0.70 | 0.60 | 0.52 | 0.22 | 0.50 | 0.44 |
| Yr. | E2.70 | 2.31 | 2.01 | 0.98 | 2.07 | 1.81 |

Next earnings report expected: late-October. Source: S&P, Company Reports. EPS Estimates based on S&P Operating Earnings; historical GAAP earnings are as reported.

### Business Summary August 19, 2004

American Express, probably best known for its flagship charge card and travelers cheque products, also offers travel related services, financial advisory services, and international banking services. The company's growth strategy focuses on three principal themes: expanding its international presence, strengthening the charge card network, and broadening financial services offerings. AXP's long-term internal financial targets include 8% annual revenue growth, 12% to 15% annual earnings per share growth, and 18% to 20% return on equity.

Travel Related Services (TRS, 81% of 2003 managed basis revenues) markets travelers cheques and the American Express Card, including the Gold Card, the Platinum Card, the Corporate Card, and the Optima Card. At the end of 2003, cards in force worldwide aggregated $60.5 million, up 5.6% from the level a year earlier. Growth was driven by greater card acquisition activities in the consumer and small business segments, and improved customer retention. Managed charge card receivables totaled $28.4 billion at the end of 2003, up from $26.3 billion a year earlier. The company believes that TRS has the largest card issuing business in the world, based on charge

volume. In 2003, TRS's charge volume was $352 billion, with about 26% coming from cardmembers domiciled outside the U.S. Cards are currently issued in 45 currencies, including cards issued by third-party banks and other qualified institutions.

TRS has introduced several new revolving credit card products and features designed to meet the needs of specific customer segments, and to increase consumer loans outstanding. It has also expanded its Membership Rewards program to include a broader range of travel rewards and retail merchandise and gourmet gifts. The program remains an important part of TRS's strategy to increase cardmember spending and loyalty.

Financial Advisors (17%) provides financial products including financial planning and advice, insurance and annuities, investment products such as certificates, mutual funds and limited partnerships, investment advisory services, trust and employee plan administration services, personal auto and homeowners' insurance, and retail securities brokerage services. At the end of 2003, AXP had a sales force of more than 12,121 financial planners. Managed and administered assets totaled $365.3 billion, up from $230.6 billion a year earlier.

American Express Bank Ltd. (3%) offers personal financial and private banking services to customers outside the U.S. At the end of 2003, American Express Bank had loans totaling $6.5 billion, up from $5.6 billion at the end of 2002, and deposits totaling $10.8 billion, up from $9.5 billion a year earlier.

In October 2003, AXP acquired Rosenbluth International, a global travel management company, for an undisclosed amount. In September 2003, the company acquired Threadneedle Asset Management Holdings LTD from Zurich Financial Services Group, for about $565 million in cash.

## Company Financials Fiscal year ending December 31

### Per Share Data ($)

| (Year Ended December 31) | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 |
|---|---|---|---|---|---|---|---|---|---|---|
| Tangible Book Value | 11.93 | 10.62 | 9.04 | 8.81 | 7.53 | 7.18 | 6.84 | 6.01 | 5.53 | 4.19 |
| Earnings | 2.31 | 2.01 | 0.98 | 2.07 | 1.81 | 1.54 | 1.38 | 1.30 | 1.04 | 0.89 |
| S&P Core Earnings | 2.09 | 1.68 | 0.73 | NA | NA | NA | NA | NA | NA | NA |
| Dividends | 0.38 | 0.32 | 0.32 | 0.32 | 0.30 | 0.30 | 0.30 | 0.38 | 0.30 | 0.31 |
| Payout Ratio | 16% | 16% | 33% | 15% | 17% | 19% | 22% | 29% | 29% | 35% |
| Prices:High | 49.11 | 44.91 | 57.06 | 63.00 | 56.29 | 39.54 | 30.50 | 20.12 | 15.04 | 11.04 |
| Prices:Low | 30.90 | 26.55 | 24.20 | 39.83 | 31.62 | 22.33 | 17.87 | 12.87 | 9.66 | 8.33 |
| P/E Ratio:High | 21 | 22 | 58 | 30 | 31 | 26 | 22 | 15 | 15 | 12 |
| P/E Ratio:Low | 13 | 13 | 25 | 19 | 18 | 14 | 13 | 10 | 9 | 9 |

### Income Statement Analysis (Million $)

| | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cards in Force | 60.5 | 57.3 | 55.2 | 51.7 | 46.0 | 42.7 | 42.7 | 41.5 | 37.8 | 36.3 |
| Card Charge Volume | 352,200 | 311,400 | 298,000 | 296,700 | 254,100 | 227,500 | 209,200 | 184,000 | 163,000 | 141,000 |
| Premium Income | 1,366 | 802 | 674 | 575 | 517 | 469 | 424 | 395 | 735 | 783 |
| Commissions | 16,550 | 15,463 | 15,816 | 16,407 | 3,626 | 3,304 | 4,386 | 2,540 | 2,542 | 8,591 |
| Interest & Dividends | 3,063 | 2,991 | 3,049 | 4,277 | 4,679 | 4,631 | 2,750 | 4,357 | 4,531 | 4,120 |
| Total Revenues | 25,866 | 23,807 | 22,582 | 23,675 | 16,599 | 14,501 | 17,760 | 16,237 | 15,841 | 14,282 |
| Net Before Taxes | 4,247 | 3,727 | 1,596 | 3,908 | 3,438 | 2,925 | 2,750 | 2,664 | 2,183 | 1,891 |
| Net Income | 3,000 | 2,671 | 1,311 | 2,810 | 2,475 | 2,141 | 1,991 | 1,901 | 1,564 | 1,380 |
| S&P Core Earnings | 2,723 | 2,245 | 986 | NA | NA | NA | NA | NA | NA | NA |

### Balance Sheet & Other Financial Data (Million $)

| | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 | 1994 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Assets | 175,001 | 157,253 | 151,100 | 154,423 | 148,517 | 126,933 | 120,003 | 108,512 | 107,405 | 97,006 |
| Cash Items | 5,726 | 10,288 | 7,222 | 8,487 | 7,471 | 4,092 | 4,179 | 2,677 | 3,200 | 3,433 |
| Investment Assets:Bonds | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil | 36,772 | 23,026 |
| Investment Assets:Stocks | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil | Nil |
| Investment Assets:Loans | 33,411 | 29,003 | 27,401 | 26,884 | 24,332 | 21,861 | 20,816 | 18,518 | 21,595 | 29,830 |
| Investment Assets:Total | 57,067 | 53,638 | 46,488 | 43,747 | 43,052 | 41,299 | 59,757 | 56,857 | 58,652 | 54,830 |
| Accounts Receivable | 31,269 | 29,087 | 29,498 | 30,543 | 26,467 | 22,224 | 21,774 | 20,491 | 19,914 | 17,147 |
| Customer Deposits | 21,250 | 18,317 | 14,557 | 13,870 | 12,197 | 10,398 | 9,444 | 9,555 | 9,885 | 10,013 |
| Travel Cheques Outstanding | 6,819 | 6,623 | 6,190 | 6,127 | 6,213 | 5,823 | 5,634 | 5,838 | 5,697 | 5,271 |
| Debt | 30,809 | 16,819 | 8,288 | 5,211 | 6,495 | 7,519 | 7,873 | 6,552 | 7,570 | 7,162 |
| Common Equity | 56,499 | 51,210 | 44,800 | 11,466 | 10,095 | 9,698 | 9,574 | 8,528 | 8,020 | 6,233 |
| % Return on Assets | 1.8 | 1.7 | 0.9 | 1.9 | 1.8 | 1.7 | 1.7 | 1.8 | 1.5 | 1.4 |

7. **Summary and Conclusion by the Defendant. Declarations as Independent Advisor –**
   a. Based on the overwhelming evidence that has been presented against the plaintiff, the Defendant contends that AEFA retains no contractual rights to client data. All confidential client data has been procured by the defendant, the Independent Advisor, CFP, who bears a fiduciary responsibility to protect the privacy and confidentiality of such client data.
   b. The failure of the plaintiff to demonstrate any legal entitlement to highly privileged confidential data places AEFA at no less of a disadvantage than any other competitor within the financial industry.
   c. The defendant's reply has clearly demonstrated the plaintiff's breach of contract for failure to provide a successful "System" to the Independent Advisor that is consistent with enhanced brand standards, and conducive for a successful practice which enables a higher level of quality service for clients. Frequent and recurring material breaches of contract have been demonstrated to have been committed by the plaintiff in the following areas:
      i. Distinctive Products and Services
      ii. Advertising and Promotional Programs
      iii. Administrative Procedures Providing Superior Customer Service, including Consolidated Statements…and On-Line Services Directed to all Clients
   d. The plaintiff's breaches have caused irreparable and immeasurable damage to the advisor's practice in the form of lost productivity and missed opportunities that have become apparent as a member of "the System". The extent of harm suffered by the defendant has been well in excess of those inconveniences suffered by the plaintiff during its attempts to legally protect a brand image that has no material value to the Independent Advisor or his clients.
   e. Therefore, the defendant asserts that plaintiff has no legal right to enforce non-competitive covenants, neither on the basis of Temporary Injunction, nor via the imposition of a one year period of relief.
   f. It has been the defendant's fiduciary responsibility as Independent Advisor to locate alternative broker/dealers for pursuing business with existing and future clients. With due diligence, and upon closer inspection, I have discovered a visionary platform that will be more conducive for the current and future needs of my clientele. As the financial circumstances of my clients evolve, they will be more effectively served under this new platform. I am proud to be an affiliate of National Financial Partners. American Express Financial Advisors is the K-Mart of financial planning.
   g. The Franchise Agreement as defined by AEFA is a convoluted agreement of indentured servitude disguised as a venue for affiliated advisors to

     operate their businesses as fictitious independents. AEFA has consistently nullified the legality of its own written instrument with its failure to execute any measurable deliverable to advisors or its clients. It has been the sole accountability of the Independent Advisor, who has assumed all the responsibilities, due diligence, and expenses for managing a successful business, and who has attracted meaningful relationships with clients that bear little relation to the presence of AEFA other than as a place where their investments are held in custody.

  h. As I discuss these observation with my clients, many agree, some do not. Some clients will remain loyal to AEFA. For other clients, it may only be a practical consideration to transfer a portion of their account values. For other clients, a full transition may appear more seamless. A majority of my clients will retain at least a portion of their account value with AEFA. Providing the client with choices constitutes fair trade.

  i. The defendant asserts that his seemingly contentious departure from AEFA represents a just response to the historical injustices suffered at the hands of "the System", an endless bureaucracy that has been created by AEFA to impose its' infrastructure on advisors and the industry at large.

  j. My days of indentured servitude with American Express Financial Advisors end with this notification of counterclaim and reply. It's time that a new precedent is set. This dinosaur is dead.

**I declare under the pains and penalties of perjury that the aforementioned claims are true and correct to the best of my knowledge:**

*[signature]*

Neil H. Gendreau, CFP
Defendant
American Express Financial Advisors, Inc. (Plaintiff) vs. Neil H. Gendreau
United States District Court
District of Massachusetts
Case Number 04-40221

November 1st, 2004