AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERK'S OFFICE
2004 NOV 17 P 12: 48
U.S. DISTRICT C...
DISTRICT OF MA...

American Express Financial
Advisors, Inc. v.

Neil H. Gendreau

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-40221**

TO: (Name and address of Defendant)

Neil H. Gendreau
415 Boston Turnpike Road
Suite 213
Shrewsbury, MA 01545

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Alex Hahn, Esq.
Scibelli and Whiteley, LLP
Old City Hall
45 School Street
3rd Floor
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____    October 27, 2004
CLERK                                DATE

Kathleen Hassett
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | October 28, 2004 |
| NAME OF SERVER    BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
   415 BOSTON TURNPIKE ROAD, SUITE 213, SHREWSBURY _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
   Duly Authorized Agent for the within-named _____
   Said service was made at:
   _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE   $   51.00   _____ Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    October 28, 2004           /s/ Brian Doyle
                    Date                     Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | ALSO SERVED: CIVIL ACTION COVER SHEET; CATEGORY SHEET; CORPORATE DISCLOSURE STATEMENT; | $ _____ |
| | | PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF; MOTION FOR EXPEDITED HEARING ON | $ _____ |
| | | PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF; PLAINTIFF'S MEMORANDUM IN SUPPORT OF | $ _____ |
| | | MOTION FOR PRELIMINARY INJUNCTIVE RELIEF; AFFIDAVIT OF JOHN A. HENEHAN IN SUPPORT OF | $ _____ |
| | | MOTION FOR PRELIMINARY INJUCTIVE RELIEF; MOTION FOR ADMISSION OF TODD W. SCHNELL PRO HAC | $ _____ |
| | | VICE; AND AFFIDAVIT OF TODD SCHNELL. | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          **Telephone # (617) 720-5733**
**Massachusetts Constables since 1925**   **Boston, MA 02109**              **Fax #        (617) 720-5737**

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
IN CLERK'S OFFICE
2004 NOV 17 P 12: 48
U.S. DISTRICT COURT
DISTRICT OF MA

American Express Financial
Advisors, Inc.
        V.

Neil H. Gendreau

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-40221

TO: (Name and address of Defendant)

Neil H. Gendreau
139 Rocky Pond Road
Boylston, Ma  01505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Alex Hahn, Esq.
Scibelli and Whiteley, LLP
Old City Hall
45 School Street
3rd Floor
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                             October 27, 2004
_____                                  _____
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE October 28, 2004 |
|---|---|
| NAME OF SERVER  BRIAN DOYLE | TITLE  Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
___415 BOSTON TURNPIKE ROAD, SUITE 213, SHREWSBURY_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named _____
Said service was made at:
_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE $ | Trips | |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___October 28, 2004___
    Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks                                                                                                  FEE

ALSO SERVED: CIVIL ACTION COVER SHEET; CATEGORY SHEET; CORPORATE DISCLOSURE STATEMENT;    $ ___
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF; MOTION FOR EXPEDITED HEARING ON     $ ___
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF; PLAINTIFF'S MEMORANDUM IN SUPPORT OF $ ___
MOTION FOR PRELIMINARY INJUNCTIVE RELIEF; AFFIDAVIT OF JOHN A. HENEHAN IN SUPPORT OF      $ ___
MOTION FOR PRELIMINARY INJUCTIVE RELIEF; MOTION FOR ADMISSION OF TODD W. SCHNELL PRO HAC  $ ___
VICE; AND AFFIDAVIT OF TODD SCHNELL.                                                      $ ___
                                                                              TOTAL       $ ___

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    **Boston, MA 02109**              Fax #        (617) 720-5737