# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN EXPRESS FINANCIAL ADVISORS, INC., ) | |
| Plaintiff, ) | |
| V. ) | Civil Action No.  4:04-cv-40221 |
| NEIL H. GENDREAU ) | |
| Defendant ) | |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO THE CLERK OF COURT AND COUNSEL FOR ALL PARTIES OF RECORD:

PLEASE NOTE the change of firm name and address for counsel for American Express Financial Advisors, Inc.The new name and address, effective November 30, 2004, are as follows:

### SCIBELLI, WHITELEY AND STANGANELLI, LLP
50 Federal Street, 5th Floor

Boston, MA 02110

Please make the proper changes to your dockets and records. Note that phone and facsimile numbers and email addresses remain the same. Thank you for your attention to this matter.

Respectfully submitted,

Respectfully submitted,

AMERICAN EXPRESS FINANCIAL
ADVISORS, INC.
By their attorneys,

Anthony A. Scibelli (BBO #556507)
Brian E. Whiteley (BBO # 555683)
C. Alex Hahn (BBO # 634133)
SCIBELLI and WHITELEY, LLP
Old City Hall
45 School Street, 3rd Floor
Boston, MA 02108
(617) 227-5725

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand/mail) on _____