UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN EXPRESS FINANCIAL ADVISORS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEIL H. GENDREAU, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>04-40221-FDS |

ORDER RELEASING BOND

**SAYLOR, J.**

　　Plaintiff in the above-entitled matter has requested that this Court order the release of the bond posted by plaintiff in the amount of $25,000.00, as required by the November 10, 2004 Preliminary Injunction Order, on the grounds that the injunction has been made permanent by stipulation of the parties in a hearing before the National Association of Securities Dealers on December 6, 2004.  Defendant has indicated that he does not oppose the motion.  Based on plaintiff's submission and the absence of any opposition, the bond posted by plaintiff in this action is hereby ordered released.

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ F. Dennis Saylor
　　　　　　　　　　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:   January 28, 2005