```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

American Express Financial
Advisors, Inc.,
    Plaintiff(s)
                                      CIVIL ACTION
    V.                        NO. 04-40221-FDS

Neil H. Gendreau,
    Defendant(s)

## **PROCEDURAL ORDER OF DISMISSAL**

**Saylor, D.J.**

    In order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice to either party moving to restore it to the docket if any further action is required upon completion and termination of all arbitration proceedings.

<u>January 31, 2005</u>                      <u>/s/ F. Dennis Saylor</u>
                                              United States District Judge