UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, INC. (F/K/A AMERICAN EXPRESS FINANCIAL ADVISORS, INC.), ) ) ) ) ) Plaintiff, ) ) v. ) ) NEIL H. GENDREAU, ) ) Defendant. ) ) | Civil Action No. 04-40221-FDS |

MEMORANDUM AND ORDER ON
PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

**SAYLOR, J.**

Plaintiff Ameriprise Financial Services, Inc., formerly known as American Express Financial Advisors, Inc., moved on October 6, 2005, for entry of judgment in its favor in the amount of $55,000, plus attorneys' fees in the amount of $4,571.50, for a total of $59,571.50.  In essence, Ameriprise states that the parties executed a Settlement Agreement and Stipulation of Judgment on May 17, 2005, after an arbitration before the National Association of Securities Dealers; that the amount of the settlement was $55,000, payable in three installments beginning on July 31, 2005; that defendant Neal H. Gendreau has contumaciously refused to pay the installments due; and that Ameriprise has expended $4,571.50 in legal fees thus far attempting to enforce the settlement, which the Settlement Agreement permits it to recover.  Gendreau has not filed any opposition.

Accordingly, for good cause shown, plaintiff's motion for entry of judgment is GRANTED.  The clerk shall enter judgment in the favor of plaintiff Ameriprise Financial Services,

Inc., formerly known as American Express Financial Advisors, Inc., and against defendant Neil H. Gendreau in the amount of $59,571.50, plus such reasonable future attorneys' fees and costs as plaintiff may be permitted to recover under the Settlement Agreement and Stipulation of Judgment, and as the Court may approve upon future application.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:   October 27, 2005