UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ameriprise Financial Services, Inc.,
(f/k/a American Express Financial Advisors Inc.,)
        Plaintiff,

v.                                CIVIL ACTION NO. 04-40221-FDS

Neil H. Gendreau,
        Defendant,

## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED: That judgment be entered in favor of the plaintiff Ameriprise Financial Services, Inc., and against the defendant Neil H. Gendreau in the amount of $59,571.50 plus future attorney's fees and costs.**

TONY ANASTAS, CLERK

Dated: 10/27/05                      /s/ Martin Castles
                                          ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is 4.19%.

(judgciv.frm - 10/96)                                                      [jgm.]