## SCIBELLI, WHITELEY and STANGANELLI, LLP

50 Federal Street, 5th Floor, Boston, MA 02110
617-227-5725 • Fax 617-722-6003
www.swsllp.com

*Partners*
Anthony A. Scibelli
Joseph L. Stanganelli
Brian E. Whiteley

Douglas G. Moxham, *Senior Counsel*
Susan M. Curtin, *Of Counsel*
Alex Hahn, *Senior Associate*
Carolyn A. Marcotte, *Associate*

January 4, 2006

Mr. Martin Castles
Civil Clerk's Office
United States District Court
Donohue Federal Building
595 Main Street
Worcester, MA 01608

**Re:    American Express Financial Advisors, Inc. v. Neil H. Gendreau**
**Civil Action No. 04-40221-FDS**

Dear Mr. Castles:

Judgment has entered in the above matter in the amount of $59,571.50. Kindly issue an execution in the above matter in that amount, plus post judgment interest and costs as provided by law.

Thank you for your attention to this matter, and please contact me if you have any questions.

Very truly yours,

Alex Hahn