UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERIPRISE FINANCIAL SERVICES,
INC., f/k/a AMERICAN EXPRESS
FINANCIAL ADVISORS, INC.,

        Plaintiff,

v.

NEIL H. GENDREAU,

        Defendant.

Civil Action No. 4:04-cv-40221-FDS

## NOTICE OF WITHDRAWAL

Anthony A. Scibelli, Esq., C. Alex Hahn, Esq. and Scibelli, Whiteley and Stanganelli, LLP hereby give notice of their withdrawal as counsel to Plaintiffs in this matter.

C. Alex Hahn will continue as counsel to Plaintiff through another law firm, and is simultaneously entering his appearance in that capacity.

318911.1

-1-

Edward B. Magarian, Esq., and Mitchell W. Granberg, Esq. of Dorsey & Whitney, LLP will continue as counsel to Plaintiff together with Mr. Hahn.

Respectfully submitted,
AMERICAN EXPRESS FINANCIAL ADVISORS, INC.

By its attorneys,

___/s/ Anthony A. Scibelli_____
Anthony A. Scibelli (BBO# 556507)
C. Alex Hahn (BBO# 634133)
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
Tel.: (617) 227-5725

-and-

Edward B. Magarian (MN No. 49219)
Mitchell W. Granberg (MN No. 0285687)
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

Dated: May 3, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that, on May 3, 2006, I caused a true copy of the above document to be served by first class mail upon the following:

Mr. Neil Gendreau  
139 Rocky Pond Road  
Boylston, MA 01505

                                                   /s/ Anthony A. Scibelli  
                                                   Anthony A. Scibelli

318911.1