UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, INC., f/k/a AMERICAN EXPRESS FINANCIAL ADVISORS, INC., <br><br>    Plaintiff, <br><br>v. <br><br>NEIL H. GENDREAU, <br><br>    Defendant. | Civil Action No. 4:04-cv-40221-FDS |

## NOTICE OF APPEARANCE

C. Alex Hahn, Esq. and the Hahn Law Group hereby give notice of their appearance as counsel to the plaintiff, Ameriprise Financial Services, Inc. ("Ameriprise").

Edward B. Magarian, Esq., and Mitchell W. Granberg, Esq. of Dorsey & Whitney, LLP will continue as counsel to Ameriprise together with Mr. Hahn.

      Respectfully submitted,
      AMERIPRISE FINANCIAL
      SERVICES, INC.

      By its attorneys,

/s/ C. Alex Hahn

_____
C. Alex Hahn (BBO# 634133)
The Hahn Law Group
46 Lewis Street, Suite 6
Boston, MA 02113
Tel.: (857) 753-4182

      -and-

Edward B. Magarian (MN No. 49219)
Mitchell W. Granberg (MN No. 0285687)
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
(612) 340-2600

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following individual at the address listed below by first class mail on May 3, 2006

Mr. Neil H. Gendreau
415 Boston Turnpike Road, Suite 213
Shrewsbury, MA 01545

      ___/s/ C. Alex Hahn_____

      C. Alex Hahn