UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ameriprise Financial Services, Inc., ) <br> f/k/n American Express Financial ) <br> Advisors, Inc., ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Neil H. Gendreau, ) <br>       Defendant, ) | Civil Action <br> No. 04-cv-40221-FDS |

**SUMMONS IN SUPPLEMENTARY PROCESS AFTER JUDGMENT**

To Neil H. Gendreau:

    You are commanded to appear in the United States District Court for the District of Massachusetts, Central Division, Worcester, Massachusetts, on <u>     Thursday     </u>, <u>May 25,</u> 2006, at <u>   10:00AM  </u>, and submit to an examination relative to your ability to pay a judgment rendered in favor of Ameriprise Financial Services, Inc., against Neil H. Gendreau, for the sum of $59,571.50.

SEAL                                                      SARAH THORNTON, CLERK

                                                  By:   <u>/s/ Martin Castles</u>
                                                              Deputy Clerk
                                                              U.S. District Court
                                                              Donohue Federal Building
                                                              595 Main Street
                                                              Worcester, MA 01608
                                                              (508) 929-9904

Dated: May 5, 2006