**United States District Court**
**District of Massachusetts**

Re: Civil Action No. 4:04-cv-40221-FDS

**Ameriprise Financial Services, Inc., f/k/a American Express Financial Advisors, Inc., (Plaintiff) v. Neil H. Gendreau (Defendant)**

**Defendant's Response to Summons for Supplementary Process**

The defendant has prepared this response to assist the parties with the determination of an appropriate garnishment via supplementary process based on applicable statutes.

Garnishments procured for the settlement of civil lawsuits are subject to laws in the state of jurisdiction with specific limits placed by U.S. Code Title 15, Chapter 41, Subchapter II, Section 1673, (a), "…the maximum part of the aggregate disposable earnings of an individual for any workweek which is subjected to garnishment may not exceed

(1) 25 per centum of his disposable earnings for that week

(2) the amount by which his disposable earnings for that week exceed thirty times the Federal minimum hourly wage prescribed by Section 206 (a)(1) of Title 29 in effect at the time the earnings are payable,

whichever is less." Furthermore (c), "No court of the United States or any State, and no State (or officer or agency thereof), may make execute, or enforce any order or process in violation of this section." Otherwise, Section 1675 defers exemption to state regulated garnishments, "The Secretary of Labor may by regulation exempt from the provisions of Section 1673(a)…of this title garnishments issued under the laws of any State if he determines that the laws of that State are substantially similar to those provided in

Section 1673(a)…of this title.", and Section 1677 follows, "This subchapter does not annul, alter, or affect, or exempt any person from complying with the laws of any State (1) …**providing for more limited garnishment than (is) allowed under this subchapter.**"

Having defined the applicable Federal benchmarks for wage garnishments, Massachusetts General Law Chapter 235, Section 34 defines further exemptions including (5) "Tools, implements, and fixtures necessary for carrying on his trade or business…" and (6) "Materials and stock designed and procured by him and necessary for carrying on his trade or business, and intended to be used or wrought therein…", yet neither element to exceed $500 in value, with no time frame defined for the recurrence of such expenses. In recognition the defendant does not employ cows, sheep, swine, or four tons of hay to raise a farm, and given the dated nature of this statute, a reasonable person may only interpret one intent of these provisions to protect individual business concerns and the ongoing generation of personal income. Therefore, let it be recognized that ordinary business expenses as defined by those deductions which have been historically reported on the defendant's income tax returns, and commonly expected to occur with ongoing business activity, to remain exempted property.

Section 34 defines three additionally applicable exemptions (14) "…the amount of money each rental period, not exceeding two hundred dollars per month, necessary to pay the rent for the dwelling unit occupied by him and his family.", (1) "…and the amount each month, not exceeding seventy five dollars, reasonably necessary to pay for fuel, heat,

water, hot water, and light for himself and his family.", also (15), as indicated by the plaintiff's Application for Supplementary Process, "money owed to him each pay period as wages for personal labor or services...not exceeding one hundred twenty five dollars..." Once again, in recognition of its dated nature, to the extent that Section 34 has failed to factor cost of living adjustments reasonably, the defendant's monthly rent at 139 Rocky Pond Rd., Boylston, MA, is $725, including heat and hot water. Meanwhile, the defendant is paid on a semi-monthly basis. Therefore, such periodic exclusion as defined by (15) should be calculated accordingly.

Lastly, U.S. Code Title 15, Chapter 41, Subchapter II, Section 1672 (b) restricts "disposable earnings" further by "that part of the earnings of any individual remaining after the deduction from those earnings any amounts required by law to be withheld." Amounts by law required to be withheld would include Federal and State Income Taxes, also Federal self-employment taxes as part of the Federal Tax Liability.

Please find attached the calculation of "disposable earnings" as outlined by these stipulations, along with the defendant's 2005 Federal Income Tax Return, including Schedule C depicting the calculation of last year's net income after business expenses, also a commission statement from NFP Securities revealing year to date commissions momentarily behind last year's pace.

Based on 2005 earnings, and in recognition of those statutes which define "disposable earnings", the attached calculations would suggest a semi-monthly garnishment of $263, which appears judicious to the plaintiff with respect to year to date performance for 2006,

yet less consequential with increases in revenue that are more likely to be realized as the judgment is progressively paid. Therefore, the defendant suggests for this court to set the garnishment at 5% the "balance due to representative" each pay period, significantly less than the 25% requested by the plaintiff, yet consistent with Federal and State exemptions for the level of business activity generated during 2005, while permitting the plaintiff to collect larger amounts as defined by the former percentage with corresponding increases to income, and less paid by the defendant when available commissions are more modest. Meanwhile, the defendant acknowledges any remaining balance will continue to accrue interest at a rate of 4.19%, as defined and executed by written judgment of this Federal District Court on January 17th, 2006.

Respectfully submitted,

Neil H. Gendreau,
Defendant

Dated: 5/12/2006

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the plaintiff's counsel at the address listed below by overnight mail on 05/12/2006:

The Hahn Law Group
Attn: C. Alex Hahn
46 Lewis St., Suite 6
Boston, MA 02113

Neil H. Gendreau, Defendant

Civil Action No. 4:04-cv-40221-FDS, Defendant's "Disposable Earnings" as Defined by applicable USC & MGL

| | 2005 | YTD 2006 5/15/2006 | Annualized 2006 |
|---|---|---|---|
| 2005 1099 Miscellaneous Income | $128,794 | $25,095 | $66,920 |
| 2005 Schedule C Business Expenses | ($76,348) | | |
| **2005 Schedule C Net Income** | **$52,446** | | |
| 2005 Federal Tax Liability | ($13,195) | | |
| 2005 State Tax Liability | ($2,325) | | |
| **Net Wages** | **$36,926** | | |
| Monthly Rent (Includes Heat) | ($8,700) | | |
| Minimum MGL Allowance ($125 semi-monthly) | ($3,000) | | |
| **Annual Disposable Earnings** | **$25,226** | | |
| **Semi-Monthly Disposable Earnings** | **$1,051** | | |

Maximum Allowable Garishment, the Lesser of:

| | | |
|---|---|---|
| 25% Semi-Monthly Disposable Earnings | $263 | |
| Semi-Monthly Disposable Earnings in Excess of 30 x Federal Minimum Wages | $605 | |

Maximum Allowable Garnishment expressed as a percentage of 2005 Gross Income (1099 Misc Inc) — 4.90%

```
NEIL GENDREAU                              NFP SECURITIES, INC.                    Office/Rep#: 870/U61
415 BOSTON TURNPIKE RD STE 2B               Commission Summary                     Branch Name: FUSION FINANCIAL GROU
SHREWBURY, MA  01545                      Period Ending: 05/10/06                  Last Paid  : 04/28/2006


                          Transaction
Commissions:                 Amount              GDC         Clearing       Net Comm         YTD GDC      YTD NET COMM
                          -----------       -----------    -----------    -----------    -----------    -----------
VARIABLE ANNUITIES                .00               .00            .00            .00       7,000.00       6,125.00
VARIABLE LIFE                1,537.50             56.25            .00          49.21         404.31         353.67
PUBLIC PARTNERSHP                 .00               .00            .00            .00       5,550.90       4,857.03
3RD PARTY MGN ACCTS               .00            803.39            .00         702.96       1,247.57       1,091.61
VA TRAIL                          .00               .00            .00            .00         184.12         161.10
PSH OTC EQUITIES            35,201.68             25.00          85.00         -63.13         600.00        -274.13
PSH LISTED EQUITIES         80,776.20             25.00         153.00        -131.13         250.00        -546.31
PSH OPTIONS                       .00               .00            .00            .00         150.00        -180.78
PSH M/F CLRG BKR            41,924.52               .00          45.00         -45.00       1,751.00         -87.89
PSH TRAILS                        .00          1,598.72            .00       1,398.86       6,819.47       5,966.86
PSH MGT ACCT FEE                  .00            298.36            .00         261.06      16,004.84      14,004.05
PSH OTC PRINCIPAL                 .00               .00            .00            .00         152.00        -101.03
PSH OPTION/EXERCISE          7,500.00               .00          25.00         -25.00         200.00        -275.04
HEDGE FUNDS                       .00               .00            .00            .00         137.66         120.44
                                                -----------    -----------    -----------    -----------
Total Commissions                              2,806.72                      2,147.83      40,451.87      31,214.58

Current Payments/Deductions:
HOME OFFICE OSJ FEE                                                           -100.00
NXP ONLINE ACCESS                                                             -155.00
PRSHG ON-LINE PLATFORM FEE                                                    -185.00
NASD 2006 ANNUAL ASSESSMENT FEE                                                -85.00
MYRESOURCEVIEW ENHANCED VALUE                                                 -180.00
                                                                           -----------
    Total:                                                                    -705.00

                                                                        ===========
Balance due to/from Representative                                          1,442.83

Total YTD 1099:                                                                            25,094.58
Total Paid YTD:                                                                            25,094.58
```

Any outstanding balances must be paid within 30 days. Please make your check payable to NFPSI and mail to the home office. Any
balance not paid within 45 days will be assessed a $50 late fee.

Page   1

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br><br>NFP SECURITIES, INC.<br>1250 CAPITAL OF TEXAS HIGHWAY<br>BLDG 2, SUITE 600<br>AUSTIN, TX  78746-0000 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>2005<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ 0.00 | **Miscellaneous Income**<br><br>Copy B<br>For Recipient |
|---|---|---|---|
| PAYER'S Federal identification number<br>74-2794194 | RECIPIENT'S identification number<br>020601225 | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name, address, and ZIP code<br><br>NEIL GENDREAU<br>139 ROCKY POND RD #3<br>BOYLSTON, MA  01505 | | 7 Nonemployee compensation<br>127,747.10<br>$ | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| | | 11 | 12 | |
| Account number (see instructions) | | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**   ♺ Printed on Recycled Paper    (keep for your records)    Department of the Treasury - Internal Revenue Service

```
00055844L                                    00055844L
JEFFERSON-PILOT LIFE INSUR CO
P. O. BOX 21008
GREENSBORO, NC  27420
                                             E.I.N. 56-0359860

COMPENSATION DEPT
   IF QUESTIONS CALL 336-691-3141        This Statement is Issued in Lieu of a 1099 US Information Return
                                                    or 1098 Mortgage Interest Statement
   NEIL H GENDREAU            4930
   415 BOSTON TURNPIKE RD                        For Calendar Year
   STE 213
   SHREWSBURY        MA 01545                         2005

                                                  Taxpayer ID Number
                                                    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
```

2005 - 1099-MISC, MISCELLANEOUS INCOME

```
               ACCOUNT NUMBER
MISC        4930     JPAM 2103740
BOX 7       NON-EMPLOYEE COMPENSATION       1,047.37

TOTAL NON-EMPLOYEE COMPENSATION             1,047.37
```

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this income is taxable and the IRS determines that it has not been reported and/or if the IRS determines that an underpayment of tax results because you overstated a deduction for the mortgage interest on your return. 1099-INT(OMB No.1545-0112), 1099-MISC(OMB No.1545-0115), 1098(OMB No.1545-0901).

FA1099 /01/14/99

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2005** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning , 2005, ending , 20    OMB No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: Neil H.
Last name: Gendreau
Your social security name number: 020 66 1225

If a joint return, spouse's first name and initial / Last name
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 16.  Apt. no.
139 Rocky Pond Rd    3
▲ You **must** enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
Boylston, MA 01505

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.
1 ☑ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**
6a ☑ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse
c Dependents:
(1) First name / Last name
(2) Dependent's social security number
(3) Dependent's relationship to you
(4) ☑ if qualifying child for child tax credit (see page 19)

If more than four dependents, see page 19.

d Total number of exemptions claimed

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ▶ 1

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

7 Wages, salaries, tips, etc. Attach Form(s) W-2    7
8a Taxable interest. Attach Schedule B if required    8a
b Tax-exempt interest. **Do not** include on line 8a    8b
9a Ordinary dividends. Attach Schedule B if required    9a
b Qualified dividends (see page 23)    9b
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 23)    10
11 Alimony received    11
12 Business income or (loss). Attach Schedule C or C-EZ    12  52446
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐    13
14 Other gains or (losses). Attach Form 4797    14
15a IRA distributions    15a    b Taxable amount (see page 25)    15b
16a Pensions and annuities    16a    b Taxable amount (see page 25)    16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E    17
18 Farm income or (loss). Attach Schedule F    18
19 Unemployment compensation    19
20a Social security benefits    20a    b Taxable amount (see page 27)    20b
21 Other income. List type and amount (see page 29)    21
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶    22

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**
23 Educator expenses (see page 29)    23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ    24
25 Health savings account deduction. Attach Form 8889    25
26 Moving expenses. Attach Form 3903    26
27 One-half of self-employment tax. Attach Schedule SE    27  3706
28 Self-employed SEP, SIMPLE, and qualified plans    28
29 Self-employed health insurance deduction (see page 30)    29  4068
30 Penalty on early withdrawal of savings    30
31a Alimony paid    b Recipient's SSN ▶    31a
32 IRA deduction (see page 31)    32
33 Student loan interest deduction (see page 33)    33
34 Tuition and fees deduction (see page 34)    34
35 Domestic production activities deduction. Attach Form 8903    35
36 Add lines 23 through 31a and 32 through 35    36  7774
37 Subtract line 36 from line 22. This is your **adjusted gross income** ▶    37  44672

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 78.    Cat. No. 11320B    Form **1040** (2005)

Form 1040 (2005) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 44672 |
| | 39a | Check if: ☐ You were born before January 2, 1941, ☐ Blind. ☐ Spouse was born before January 2, 1941, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 5600 |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 36. | 41 | Subtract line 40 from line 38 | 41 | |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 42 | 3200 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 36472 |
| | 44 | Tax (see page 37). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 5784 |
| • All others: | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | 45 | |
| Single or Married filing separately, $5,000 | 46 | Add lines 44 and 45 ▶ | 46 | 5784 |
| | 47 | Foreign tax credit. Attach Form 1116 if required ......... 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 ... 48 | | |
| Married filing jointly or Qualifying widow(er), $10,000 | 49 | Credit for the elderly or the disabled. Attach Schedule R . . 49 | | |
| | 50 | Education credits. Attach Form 8863 ........... 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 . . 51 | | |
| | 52 | Child tax credit (see page 41). Attach Form 8901 if required 52 | | |
| Head of household, $7,300 | 53 | Adoption credit. Attach Form 8839 ............. 53 | | |
| | 54 | Credits from: a ☐ Form 8396 b ☐ Form 8859 . . 54 | | |
| | 55 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Form _____ . . 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 5784 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | 7411 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 13195 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 . . 64 | | |
| | 65 | 2005 estimated tax payments and amount applied from 2004 return 65 | 4,500 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) .............. 66a | | |
| | b | Nontaxable combat pay election ▶ 66b _____ | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 ....... 68 | | |
| | 69 | Amount paid with request for extension to file (see page 59) 69 | | |
| | 70 | Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 . 70 | | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your **total payments** ▶ | 71 | 4,500 |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you **overpaid** | 72 | |
| Direct deposit? See page 59 and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want **refunded to you** ▶ | 73a | |
| | ▶b | Routing number ☐☐☐☐☐☐☐☐☐ ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶d | Account number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | | |
| | 74 | Amount of line 72 you want **applied to your 2006 estimated tax** ▶ 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | 75 | 8695 |
| | 76 | Estimated tax penalty (see page 60) ......... 76 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☐ No | | |
| | | Designee's name ▶ _____ Phone no. ▶ ( ) _____ Personal identification number (PIN) ▶ ☐☐☐☐☐ | | |
| **Sign Here** | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| Joint return? See page 17. Keep a copy for your records. | | Your signature _[signed]_ Date 3-25-06 Your occupation Certified Financial Planner Daytime phone number (508) 845-8585 | | |
| | | Spouse's signature. If a joint return, **both** must sign. Date Spouse's occupation | | |
| **Paid Preparer's Use Only** | | Preparer's signature ▶ _____ Date _____ Check if self-employed ☐ Preparer's SSN or PTIN _____ | | |
| | | Firm's name (or yours if self-employed), address, and ZIP code ▶ _____ EIN _____ Phone no. ( ) | | |

Form **1040** (2005)

♺ Printed on recycled paper

| SCHEDULE C (Form 1040) | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Sole Proprietorship) ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. ▶ Attach to Form 1040 or 1041. ▶ See Instructions for Schedule C (Form 1040). | 2005 Attachment Sequence No. 09 |

Name of proprietor: Neil H. Andrew
Social security number (SSN): 030 60 1205

A  Principal business or profession, including product or service (see page C-2 of the instructions): Financial Planning
B  Enter code from pages C-8, 9, & 10 ▶

C  Business name. If no separate business name, leave blank.
D  Employer ID number (EIN), if any

E  Business address (including suite or room no.) ▶ 415 Boston Turnpike Rd, Ste 213
   City, town or post office, state, and ZIP code: Shrewsbury, MA 01545

F  Accounting method:  (1) ☑ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶
G  Did you "materially participate" in the operation of this business during 2005? If "No," see page C-3 for limit on losses   ☑ Yes  ☐ No
H  If you started or acquired this business during 2005, check here ▶ ☐

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ ☐ | 1 | 128,794 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 128,794 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 128,794 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 128,794 |

### Part II  Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 437 | 18 Office expense | 18 | 1,896 |
| 9 | Car and truck expenses (see page C-3) | 9 | 4,258 | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see page C-5): | | |
| 11 | Contract labor (see page C-4) | 11 | | a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b Other business property (office lease) | 20b | 18,108 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | 1,357 | 21 Repairs and maintenance | 21 | 575 |
| | | | | 22 Supplies (not included in Part III) | 22 | 1,742 |
| | | | | 23 Taxes and licenses | 23 | 852 |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see page C-5) | 24b | 486 |
| 15 | Insurance (other than health) | 15 | 350 | 25 Utilities | 25 | 3,785 |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | 12,094 |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 29,926 |
| b | Other | 16b | | | | |
| 17 | Legal and professional services | 17 | 500 | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 28 | 76,348 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | 52,446 |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | | | | 31 | 52,446 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | 32a ☑ All investment is at risk. 32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see page C-7 of the instructions.   Cat. No. 11334P   Schedule C (Form 1040) 2005

Schedule C (Form 1040) 2005                                                                                               Page **2**

## Part III  Cost of Goods Sold (see page C-6)

33  Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . .  | 35 |   |

36  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . .  | 36 |   |

37  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . .  | 37 |   |

38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . .  | 38 |   |

39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  | 39 |   |

40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . | 40 |   |

41  Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . | 41 |   |

42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . | 42 |   |

## Part IV  Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ 1 / 15 / 2004

44  Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

a Business  9865   b Commuting (see instructions)  3380   c Other  11,302

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . ☐ Yes   ☑ No

46  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . ☑ Yes   ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . ☑ Yes   ☐ No

b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . ☑ Yes   ☐ No

## Part V  Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| Software (Morningstar & EMoney Advisor) | 4286 |
| NASD Arbitration | 1925 |
| Larkspur - Data (Leads) | 595 |
| Errors & Omissions Insurance | 2735 |
| Consulting Fees (1099) - Janet Ithsson | 11475 |
| Consulting Fees (1099) - SLZ Consulting | 8400 |
| Continuing Education American College (ChFC) | 460 |

48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . | 48 | 29876 |

Printed on recycled paper                                                          Schedule C (Form 1040) 2005