## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                          )
AMERIPRISE FINANCIAL SERVICES,            )
INC. (f/k/a AMERICAN EXPRESS              )
FINANCIAL ADVISORS, INC.),                )
                                          )     **Civil Action No.**
        **Plaintiff,**                    )     **04-40221-FDS**
                                          )
        **v.**                            )
                                          )
NEIL H. GENDREAU,                         )
                                          )
        **Defendant.**                    )
                                          )
_____

## WRIT OF GARNISHMENT

**SAYLOR, J.**

Pursuant to 15 U.S.C. §§ 1672(b) and 1673(a)(1), NFP Securities, Inc., 1250 Capital of Texas Highway, Bldg. 2, Suite 600, Austin, Texas 78746-0000, and any of its affiliates or subsidiaries, is hereby ordered to pay 12% of all sums it comes to owe Neil H. Gendreau ("Gendreau"), from the date of this order continuing indefinitely, up to a total of $59,571.50, to C. Alex Hahn, as counsel for the plaintiff Ameriprise Financial Services, Inc., at the following address:

> C. Alex Hahn, Esq.
> 46 Lewis Street, Suite 6
> Boston, MA 02113

Such sums shall be made payable by check and shall be delivered by first class mail no later than three days after such sums become due and owing to Gendreau.

                                    /s/ F. Dennis Saylor_____
                                    F. Dennis Saylor IV
                                    United States District Judge

Dated:  May 25, 2006